UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRUCE FRYMOYER, | : |
| Plaintiff, | : |
| v. | : No. 5:16-cv-05035 |
| EAST PENN MANUFACTURING COMPANY, INC., | : |
| Defendant. | : |

# **O R D E R**

And now, this 1st day of June, 2017, for the reasons set forth in the accompanying opinion issued this day, it is **ORDERED** as follows:

1. Defendant's Motion for Summary Judgment as to All Causes of Action of Plaintiff's Complaint, ECF No. 25, is **GRANTED**.

2. **JUDGMENT IS ENTERED** in favor of Defendant East Penn Manufacturing Company, Inc. and against Plaintiff Bruce Frymoyer.

3. The Clerk of Court is directed to close this case.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge